**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1268**

---

BRITTANY MARIE TOMLINSON,

Plaintiff - Appellant,

v.

WAL-MART ASSOCIATES, INC.; CT CORPORATION SYSTEM; TRAVIS SCHACKMANN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:25-cv-00053-FL)

---

Submitted:  July 24, 2025                                              Decided:  July 28, 2025

---

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Brittany M. Tomlinson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittany Marie Tomlinson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Tomlinson's civil complaint for lack of subject matter jurisdiction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Tomlinson v. Wal-Mart Assocs., Inc.*, No. 5:25-cv-00053-FL (E.D.N.C. Mar. 14, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*